USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCO VERCH,

        Plaintiff,

-against-

DUN & BRADSTREET CORPORATION,

        Defendant.

1:19-cv-10257 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

In addition, it having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: December 20, 2019
      New York, New York

                                      ANDREW L. CARTER, JR.
                                      **United States District Judge**